*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson,* contra.

### 24272.   GRIFFIN *v.* THE STATE.

GUERRY, J.   The defendant was indicted for the offense of assault with intent to murder.   The jury returned a verdict finding him guilty of the offense of stabbing.   *Held:*   The evidence was amply sufficient to support the verdict.   The motion for new trial is based on the general grounds only; and the verdict having the approval of the trial judge, this court will not interfere therewith.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*